Eric Drake
PO Box 833688
Richardson, Texas 75083

**RECEIVED**
Court of Appeals

APR 0 9 2015

**Lisa Matz
Clerk, 5th District**

**FILED IN**
COURT OF APPEALS

APR - 9 2015

LISA MATZ
CLERK, 5th DISTRICT

April 9, 2015

*HAND DELEVERED*
Clerk of Court
Court of Appeals
Fifty District of Texas at Dallas
600 Commerce Street
Suite 200
Dallas, Texas 75202

RE: *Objection to the Court refusal to allow oral arguments
and Appellant's motion to recuse*

Dear Clerk of Court:

The Appellant, Eric Drake is objecting to the Court's refusal to allow oral arguments on each and every one of the 5 (five) pending appeals in this Court. As the motion to recuse that the Appellant filed in the Court today states, it is the Appellant's belief that the Court has made the Appellant, Eric Drake wait on some of his cases for nearly two years to group those cases together—to deny all of those cases. All cases pending in this Court will be appealed to the U.S. Supreme Court.

Some of the Appellant's pending cases are at a level of extremely unusual and complicated cases that combines both federal and state law that the Appellant believes that oral arguments would not only be beneficial to the Court, but particularly necessary.

Therefore, the Appellant is making his requests for oral argument on all of five pending appeals.

Furthermore, because this Court has been bias, prejudice, and racially motivated against the Appellant, he believes that the justices who have been selected to rule on his appeals should be recused, especially in the light of Justice Wright's letter and the accusations made against the Appellant and other problems over the years with justices who are set on denying anything the Appellant files in the court unless he has a white attorney who is representing him. Thus, the Appellant believes that none of the justices in this Court would be impartial to his cases.

Therefore, please accept the Appellant's motion to recuse, which the Appellant is sure the Court will deny and the Appellant's requests for oral arguments. Appellant does not see a need to remind the Court that oral arguments per the Texas Rules of Appellate Procedure is looked upon as an necessary element of the appeals process. I may be contacted at: 214-477-9288.

Yours truly

Eric Drake